UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ARMIN RYAN,** | ) | **CASE NO. 3:08CV292** |
| | ) | |
| PETITIONER, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| V. | ) | |
| | ) | |
| **STUART HUDSON, WARDEN et al.,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| RESPONDENTS. | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by Armin Ryan ("Petitioner"), pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

On December 10, 2009, this case was automatically referred to Magistrate Judge David S. Perelman for preparation of a Report and Recommendation, pursuant to 28 U.S.C. § 636 and LR 72.2. (Dkt. # 3). On June 4, 2009, Magistrate Judge Perelman issued a Report and Recommendation, recommending that the Petition be dismissed without further proceedings. (Dkt. # 10).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with Magistrate Judge Perelman's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health

and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

The Court has reviewed the Report and Recommendation of Magistrate Judge Perelman *de novo*, and finds that it is well-supported. Therefore, the Report and Recommendation of Magistrate Judge Perelman is hereby **ADOPTED.** (Dkt. # 10). Petitioner's petition for a writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – June 26, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**